Certificate Number: 15317-PAW-DE-030686141

Bankruptcy Case Number: 18-20596



15317-PAW-DE-030686141

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2018</u>, at <u>10:07</u> o'clock <u>AM PST</u>, <u>Nancy J Miles</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 8, 2018</u>          By:    <u>/s/Eunice Francia</u>

                                       Name:  <u>Eunice Francia</u>

                                       Title: <u>Counselor</u>