UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| NANCY J. MILES, | ) |
| | ) Bankruptcy No.: 18-20596-JAD |
| Debtor(s). | ) |
| | ) |
| | ) Chapter 13 |
| NANCY J. MILES, | ) |
| SSN# XXX-XX-48364 | ) |
| Movant, | ) |
| | ) |
| v. | ) Document No. 29 |
| | ) |
| FAMILY MEDICINE OF BUTLER, | ) Related to Document No. 24 |
| | ) |
| Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

### ORDER TERMINATING WAGE ATTACHMENT

Upon the Motion of the Debtor, Nancy J. Miles, to terminate the Wage Attachment Order in this case, for good cause shown, the Wage Attachment Order is hereby terminated.

It is further ORDERED that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

It is further ORDERED that this order supersedes previous orders made to the above-named entity in this case.

It is further ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to
and order of this Court.

DATED this 23rd day of May, 2018.

_____
Chief Judge Jeffery A. Deller
United States Bankruptcy Court

cc: Debtor(s)
    Attorney for Debtor(s)
    Office of the Standing Chapter 13 Trustee

FILED
5/23/18 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-20596-JAD
Nancy J. Miles                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: msch    Page 1 of 1    Date Rcvd: May 23, 2018
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2018.
db          +Nancy J. Miles,    225 Oakvale Blvd.,    Butler, PA 16001-3517
             Family Medicine of Butler,    Attn: Manager - Payroll Department,
              1022A North Main Street Ext.,    Butler, PA  16001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2018 at the address(es) listed below:
        Dai  Rosenblum     on behalf of Debtor Nancy J. Miles Jody@dairosenblumbankruptcy.com,
         pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace     on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
         sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                          TOTAL: 5