**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/19/2022

IN RE:

NANCY J. MILES
225 OAKVALE BLVD.
BUTLER, PA 16001
XXX-XX-4836        Debtor(s)

Case No. 18-20596 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/19/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  8165 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR~MR COOPER/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 3   INT %: 7.34%<br>Court Claim Number: 2<br>CLAIM:  8,719.02<br>COMMENT:  8701.54/PL@7.34%/PL*ALLY FINANCIAL/SCH-PL*FR ALLY BANK-DOC 38 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9667 |
| **HC PROCESSING CENTER**<br>PO BOX 268808<br>OKLAHOMA CITY, OK  73126 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM:  3,212.72<br>COMMENT:  CL1GOV@0%@66MO@UNSEC SPEC*1500@8.5%@30.77/PL*SEC/SCH-PL*UNS/CL* | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  2380 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM:  0.00<br>COMMENT:  PMT/DECLAR*DKT4PMT-LMT*$0 ARRS/PL-CL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  2601 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  8,789.69<br>COMMENT:  CL3GOV*11838.93@0%/PL~2014-15 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  4836 |
| **ALLY BANK****<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br>PHOENIX, AZ  85062-8369 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  12,631.83<br>COMMENT:  X2482/SCH*ALLY FINANCIAL~REPO*DFNCY BALANCE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3018 |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX  75016-8088 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  REPO~DFNCY BLNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4082 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM:  2,213.79<br>COMMENT:  CAPITAL ONE BANK*RC DIRECT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7444 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GRASSY SPRAIN GROUP INC**<br>9858 CLINT MOORE ROAD STE C-11 #217<br><br>BOCA RATON, FL  33496 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  13,322.44<br>COMMENT:  X4740/SCH*LOAN DEPOT*FR FIRST ASSOC-DOC 42 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4836 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br><br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  3,023.70<br>COMMENT:  X0536/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0859 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  3,339.12<br>COMMENT:  X1584/SCH*FR ONEMAIN-DOC 26 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5763 |
| **RICHARD LEAVY**<br>111 N EUCLID AVE<br><br>PARKER, PA  16049 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  48,000.00<br>COMMENT:  MONEY LOANED*ALSO LISTED/SCH H*PERSONAL LOAN*NO POD~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~AMAZON/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3692 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~CARE CREDIT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8165 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  11,769.95<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4836 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br><br>DES MOINES, IA  50309 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  999.23<br>COMMENT:  0704/SCH*W/25 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9399 |
| **CBCS**<br>PO BOX 2724<br><br>COLUMBUS, OH  43216-2724 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

Case 18-20596-JAD    Doc 50    Filed 07/19/22    Entered 07/19/22 10:31:24    Desc

| | | |
|---|---|---|
| **MCCARTHY BURGESS & WOLFF**<br>26000 CANNON RD<br><br>CLEVELAND, OH  44146 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **P AND B CAPITAL GROUP LLC**<br>455 CENTER RD<br><br>BUFFALO, NY  14224 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ROI/RECEIVABLES OUTSOURCING INC**<br>PO BOX 549<br><br>TIMONIUM, MD  21094 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  1,691.09<br>COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4836 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br><br>DES MOINES, IA  50309 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  3,326.05<br>COMMENT:  CL8GOV@UNS*UNS/SCH-PL*CL=SEC*W/19 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9399 |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  343.01<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3241 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  1,363.36<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4836 |