## UNITED STATES BANKRUPTCY COURT
### Western District of Pennsylvania

In re:                                    )
                                          )
NANCY J. MILES,                           )  Case No: 17-23776-JAD
                                          )
                                          )  Chapter 13
                    Debtor.               )
                                          )
NANCY J. MILES,                           )
                                          )
                    Movant,               )
                                          )
            v.                            )
                                          )
NO RESPONDENT.                            )


## CHAPTER 13 DEBTOR'S CERTIFICATION
## REGARDING DISCHARGE ELIGIBILITY


To the Court:

    1.  The Debtor has made all payments required by the Chapter 13 Plan.

    2. The Debtor is not required to pay any Domestic Support Obligations.

    3. The Debtor is entitled to a discharge under the terms of Section 1328 of the

Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case

within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section

1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

    4. On March 8, 2018, at docket number 16, Debtor complied with Federal

Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of*

*Postpetition Instructional Course in Personal Financial Management*, with the *Certificate*

*of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

April 17, 2023

/s/ Dai Rosenblum, Esq.
Dai Rosenblum, Attorney for the Debtor
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com