Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nancy J. Miles**
  Debtor(s)

Bankruptcy Case No.: 18−20596−JAD

Chapter: 13
Docket No.: 58 − 57

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/21/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-20596-JAD
Nancy J. Miles  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Apr 27, 2023      Form ID: 408      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J. Miles, 225 Oakvale Blvd., Butler, PA 16001-3517 |
| cr | | First Associates Loan Servicing, LLC, as agent for Mktplc LG Trust, PO Box 503430, San Diego, CA 92150-3430 |
| 14776398 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp., 201 Little Falls Drive, Wilmington, DE 19808 |
| 14776400 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14799776 | | First Associates Loan Servicing, LLC, as agent for Mtkplc LG Trust, P.O. Box 503430, San Diego, CA 92150-3430 |
| 14776405 | | Loan Depot, P.O. Box 504125, San Diego, CA 92150-4125 |
| 14776406 | + | McCarthy, Burgess, and Wolff, Inc., 26000 Cannon Road, Bedford, OH 44146-1807 |
| 14776408 | | Mr. Cooper (formerly Nationstar), P.O. Box 650783, Dallas, TX 75265-0783 |
| 14776411 | + | Richard J. Leavy, 111 N. Euclid Avenue, Parker, PA 16049-7313 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:37:11 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14779593 | | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14776397 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14776399 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:36:57 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15148310 | + | Email/Text: tg@purchasedebt.com | Apr 27 2023 23:28:00 | GRASSY SPRAIN GROUP, INC., 9858 CLINT MOORE RD STE C-11 #217, BOCA RATON, FL 33496-1034 |
| 14776402 | | Email/Text: bankruptcy@hccredit.com | Apr 27 2023 23:29:00 | HC Processing Center, P.O. Box 829, Springdale, AR 72765-0829 |
| 14776403 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 23:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14776401 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:37:03 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14819833 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 23:36:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14807410 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 23:29:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

Case 18-20596-JAD   Doc 59   Filed 04/29/23   Entered 04/30/23 00:23:14   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 408 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren MI 48090-2011 |
| 14776407 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 23:37:10 | Merrick Bank, 10705 S. Jordan Gtwy., Ste. 200, South Jordan, UT 84095-3977 |
| 14794297 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2023 23:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14791944 | | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 23:37:10 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14776409 | | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 23:36:57 | One Main Financial, Bankruptcy Department, P.O. Box 140489, Irving, TX 75014-0489 |
| 14776410 | | Email/Text: ksoto@pandbcapitalgroup.com | Apr 27 2023 23:28:00 | P & B Capital Group, LLC, 455 Center Road, Buffalo, NY 14224 |
| 14832330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:36:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14777120 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 23:37:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14801584 | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14776413 | + | Email/Text: info@bolderhealthcare.com | Apr 27 2023 23:28:00 | ROI, P.O. Box 549, Lutherville Timonium, MD 21094-0549 |
| 14776414 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:10 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14776415 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:10 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14776416 | ^ | MEBN | Apr 27 2023 23:23:43 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14816661 | ^ | MEBN | Apr 27 2023 23:24:26 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14816575 | ^ | MEBN | Apr 27 2023 23:24:02 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14777990 | | Email/Text: bankruptcynotices@vivecard.com | Apr 27 2023 23:28:00 | HC Processing Center, P.O. Box 268808, Oklahoma City, OK 73126-8808 |
| 14776417 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:37:04 | WFF Nat Bank, 800 Walnut St., Des Moines, IA 50309-3504 |
| 14795288 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:37:04 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14785668 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14776404 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 15006088 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14776412 | *+ | Richard J. Leavy, 111 N. Euclid Ave., Parker, PA 16049-7313 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Nancy J. Miles dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5