**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> NANCY J. MILES <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>         vs. <br> No Respondents. | Case No.:18-20596 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/19/2018 and confirmed on 4/2/18. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 85,386.78 |
| Less Refunds to Debtor | | 3.59 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 85,383.19 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,000.00 | | |
|   Trustee Fee | | 3,832.50 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,832.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 52,126.26 | 0.00 | 52,126.26 |
|     Acct: 2601 | | | | |
|   WELLS FARGO BANK NA | 3,326.05 | 3,326.05 | 0.00 | 3,326.05 |
|     Acct: 9399 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 8,719.02 | 8,719.02 | 1,303.29 | 10,022.31 |
|     Acct: 9667 | | | | |
| | | | | 65,474.62 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY J. MILES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY J. MILES | 3.59 | 3.59 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 8,789.69 | 8,789.69 | 0.00 | 8,789.69 |
|     Acct: 4836 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 522.24 | 522.24 | 0.00 | 522.24 |
|     Acct: XXXXXXXXXEAVY | | | | |
| | | | | 9,311.93 |
| **Unsecured** | | | | |
|   HC PROCESSING CENTER | 3,212.72 | 3,212.72 | 0.00 | 3,212.72 |
|     Acct: 2380 | | | | |
|   ALLY BANK** | 12,631.83 | 137.39 | 0.00 | 137.39 |
|     Acct: 3018 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4082 | | | | |
|   MIDLAND FUNDING LLC | 2,213.79 | 24.08 | 0.00 | 24.08 |
|     Acct: 7444 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | GRASSY SPRAIN GROUP INC | 13,322.44 | 144.90 | 0.00 | 144.90 |
| | Acct: 4836 | | | | |
| | MERRICK BANK | 3,023.70 | 32.89 | 0.00 | 32.89 |
| | Acct: 0859 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 3,339.12 | 36.32 | 0.00 | 36.32 |
| | Acct: 5763 | | | | |
| | RICHARD LEAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3692 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8165 | | | | |
| | UPMC HEALTH SERVICES | 11,769.95 | 128.02 | 0.00 | 128.02 |
| | Acct: 4836 | | | | |
| | WELLS FARGO BANK NA | 999.23 | 10.87 | 0.00 | 10.87 |
| | Acct: 9399 | | | | |
| | INTERNAL REVENUE SERVICE* | 1,691.09 | 18.39 | 0.00 | 18.39 |
| | Acct: 4836 | | | | |
| | PEOPLES GAS LLC F/K/A PEOPLES TWP L | 343.01 | 3.73 | 0.00 | 3.73 |
| | Acct: 3241 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,363.36 | 14.83 | 0.00 | 14.83 |
| | Acct: 4836 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8165 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCARTHY BURGESS & WOLFF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | P AND B CAPITAL GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROI/RECEIVABLES OUTSOURCING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 3,764.14 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 78,550.69 |

TOTAL CLAIMED
PRIORITY         9,311.93
SECURED         12,045.07
UNSECURED      53,910.24

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NANCY J. MILES

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-20596 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20596-JAD |
| Nancy J. Miles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J. Miles, 225 Oakvale Blvd., Butler, PA 16001-3517 |
| cr | | First Associates Loan Servicing, LLC, as agent for Mktplc LG Trust, PO Box 503430, San Diego, CA 92150-3430 |
| 14776398 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp., 201 Little Falls Drive, Wilmington, DE 19808 |
| 14776400 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14799776 | | First Associates Loan Servicing, LLC, as agent for Mtkplc LG Trust, P.O. Box 503430, San Diego, CA 92150-3430 |
| 14776405 | | Loan Depot, P.O. Box 504125, San Diego, CA 92150-4125 |
| 14776406 | + | McCarthy, Burgess, and Wolff, Inc., 26000 Cannon Road, Bedford, OH 44146-1807 |
| 14776408 | | Mr. Cooper (formerly Nationstar), P.O. Box 650783, Dallas, TX 75265-0783 |
| 14776411 | + | Richard J. Leavy, 111 N. Euclid Avenue, Parker, PA 16049-7313 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:37:11 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14779593 | | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14776397 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14776399 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:36:57 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15148310 | + | Email/Text: tg@purchasedebt.com | Apr 27 2023 23:28:00 | GRASSY SPRAIN GROUP, INC., 9858 CLINT MOORE RD STE C-11 #217, BOCA RATON, FL 33496-1034 |
| 14776402 | | Email/Text: bankruptcy@hccredit.com | Apr 27 2023 23:29:00 | HC Processing Center, P.O. Box 829, Springdale, AR 72765-0829 |
| 14776403 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 23:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14776401 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:37:09 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14819833 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 23:37:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14807410 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 23:29:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

Case 18-20596-JAD    Doc 60    Filed 04/29/23    Entered 04/30/23 00:23:14    Desc Imaged
                              Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren MI 48090-2011 |
| 14776407 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 23:36:57 | Merrick Bank, 10705 S. Jordan Gtwy., Ste. 200, South Jordan, UT 84095-3977 |
| 14794297 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2023 23:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14791944 | | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 23:36:57 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14776409 | | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 23:37:03 | One Main Financial, Bankruptcy Department, P.O. Box 140489, Irving, TX 75014-0489 |
| 14776410 | | Email/Text: ksoto@pandbcapitalgroup.com | Apr 27 2023 23:28:00 | P & B Capital Group, LLC, 455 Center Road, Buffalo, NY 14224 |
| 14832330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:36:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14777120 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 23:37:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14801584 | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14776413 | + | Email/Text: info@bolderhealthcare.com | Apr 27 2023 23:28:00 | ROI, P.O. Box 549, Lutherville Timonium, MD 21094-0549 |
| 14776414 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:03 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14776415 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:03 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14776416 | ^ | MEBN | Apr 27 2023 23:23:46 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14816661 | ^ | MEBN | Apr 27 2023 23:24:14 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14816575 | ^ | MEBN | Apr 27 2023 23:23:58 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14777990 | | Email/Text: bankruptcynotices@vivecard.com | Apr 27 2023 23:28:00 | HC Processing Center, P.O. Box 268808, Oklahoma City, OK 73126-8808 |
| 14776417 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:36:58 | WFF Nat Bank, 800 Walnut St., Des Moines, IA 50309-3504 |
| 14795288 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:36:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14785668 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14776404 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 15006088 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14776412 | *+ | Richard J. Leavy, 111 N. Euclid Ave., Parker, PA 16049-7313 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Nancy J. Miles dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5