**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Nancy J. Miles**<br>　　　　　　　　　**Debtor** | **BK NO. 18-20596 JAD** |
| **Nationstar Mortgage LLC**<br>　　　　　　**Movant**<br>　vs. | **Chapter 13**<br><br>**Related to Claim No. 6** |
| **Nancy J. Miles**<br>　　　　　　　　　**Debtor** | |
| **Ronda J. Winnecour, Esq.**<br>　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 26, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Nancy J. Miles
225 Oakvale Blvd
Butler, PA 16001

<u>Attorney for Debtor</u>
Dai Rosenblum, Esq.
254 New Castle Road, Ste B (VIA ECF)
Butler, PA 16001-2529

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  Electronic means or first-class mail.

Dated: <u>January 26, 2023</u>

　　　　　　　　　　　　　　　　　　　　　　　**<u>/s/Brian C. Nicholas Esquire</u>**
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com